CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 17 2008

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MELVIN LENWOOD JORDAN, ) | |
| Plaintiffs, ) | Civil Action No. 7:08cv00281 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| JACK LEE, et al., ) | By: Hon. Jackson L. Kiser |
| Defendants. ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that plaintiff's complaint shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1). The action shall be **STRICKEN** from the active docket of the court, and any pending motions are hereby **DENIED as MOOT**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 17th day of April, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge